# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**UNITED STATES OF AMERICA**

**vs**

**JENIFER E. HOFFMAN**

**Case Number: 5:14-cr-34-Oc-10PRL**

**USM Number: 61330-018**

**Thomas Devlin Sommerville, Retained**
**529 N Magnolia Ave**
**Orlando, FL 32801**

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Counts One and Thirteen of the Indictment. Accordingly, the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1349 | conspiracy to commit wire fraud | August, 2013 | One |
| 26 U.S.C. § 7206A | filing a false tax-related document | November 19, 2012 | Thirteen |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Counts Two through Twelve are dismissed on the motion of the United States.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

October 21, 2015

WM. TERRELL HODGES
SENIOR UNITED STATES DISTRICT JUDGE

October 22, 2015

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 108 months as to Count 1 and 12 months and one day as to Count 13, to be served concurrently with Count 1.

The Defendant shall surrender for service of sentence at the institution designated and notified by the Bureau of Prisons. The execution of the commitment component is deferred until January 4, 2016 and until such a time as the defendant is notified by the Bureau of Prisons and/or the United States Marshal.

## RETURN

I have executed this judgment as follows:

________________________________________

________________________________________

________________________________________

________________________________________

Defendant delivered on ____________________ to ________________________________

at ______________________________________, with a certified copy of this judgment.

________________________________
UNITED STATES MARSHAL

By: ________________________________
Deputy U.S. Marshal

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years as to Count 1 and 1 year as to Count 13, to be served concurrently with Count 1.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. the defendant shall not leave the judicial district without the permission of the court or probation officer;
2. the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4. the defendant shall support his or her dependents and meet other family responsibilities;
5. the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6. the defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;
7. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9. the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

Jenifer E. Hoffman
5:14-cr-34-Oc-10PRL

11. the defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;

12. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

1. The defendant shall cooperate in the collection of DNA, as directed by the Probation Officer.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| **$200.00** | **$0** | **$10,769,533.68** |

Restitution (including community restitution) shall be paid to those victims listed in the attachment. Restitution is payable to the Clerk, U.S. District Court for distribution to the victims.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered |
|---|---|---|
| IRS | $477,355.82 | $477,355.82 |
| See attachment. | $10,769,533.68 | $10,769,533.68 |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

The Special Assessment in the amount of **$200.00** is due in full and immediately.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

**Jenifer E. Hoffman**
**5:14-cr-34-Oc-10PRL**

## FORFEITURE

It is ORDERED AND ADJUDGED the net amount $10,769,553.68 is hereby forfeited to the United States of America.

The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

The attached spreadsheet was provided to the parties. It was prepared by the government.

According to the agent, the spreadsheet was prepared based on petitions filed by investors/victims in the government's forfeiture action involving Ms. Hoffman's residence and Mr. Zuzga's residence.

The spreadsheet details the investors' personal information, the amount of their investment, the amount of their investment return (if any) and their loss. The total amount of the loss is $11,630,499.34 (Column L, Line 141)

Column N is the recommended amount of remission to each investor/victim based on a percentage of the investors' respective loss and the amount recovered by the government in the forfeiture action. The amount recovered by the government was $860,945.66 (Column N, Line 141). These funds have been distributed to victims. These funds are the only funds recovered by the government in the Hoffman et al case.

| | RECOMMENDED REMISSION | | | | | | | | | | | Petition | Recommended | Date Petition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Last Name | First Name | DBA | City | State | Contact # | e-mail | Broker/Conduit | Investment | Return | Loss/(Gain) | Returned | Remission | Sent |
| 1 | Aguilar | Michael | | Carmichael | CA | 916-470-7005 | msaguilar123@yahoo.com | IF&T | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | |
| 2 | Aksionczyk | Lisa | N/A | Waianae | HI | 808-453-0024 | achillesaksionczyk@yahoo.cor | Faith Capital | $5,000.00 | $0.00 | $5,000.00 | X | $370.12 | |
| 3 | Allen | Jeffrey | Sun One Financial/Jaga Enterprises | | | | jallen127@cfl.rr.com | Elite Marketing | $23,000.00 | $0.00 | $23,000.00 | X | $1,702.57 | 5/16/2011, 05/31/11 |
| 4 | Altura | James | N/A | Honolulu | HI | 808-375-0774 | alturaj001@yahoo.com | Faith Capital | $90,400.00 | $68,160.00 | $22,240.00 | X | $1,646.31 | |
| 5 | Alva | Alejandro | | Costa Mesa | CA | 949-294-6155 | dralexalva@gmail.com, jgro19 | IF&T | $350,000.00 | $0.00 | $350,000.00 | X | $25,908.69 | 05/22/12 |
| 6 | Asing | Kristian | N/A | Waimanalo | HI | 808-478-1166 | asingj002@hawaii.rr.com | Benabese Enterprises | $25,000.00 | $0.00 | $25,000.00 | X | $1,850.62 | |
| 7 | Aufiero | Joseph | Harbour Distribution | Melville | NY | 631-271-5858/516 | chefauf@aol.com | | $1,000,000.00 | $910,000.00 | $90,000.00 | X | $6,662.23 | 3/23/2011, 04/20/11 |
| 8 | Badger | David | Ardco Leasing & Investment Co. | Salt Lake City | UT | 801-281-1586 | david.badger@comcast.net | Barbara Lilley | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | |
| 9 | Baransky | Mindy | Barefoot Village, LLC | Provincetown | MA | 774-722-1281 | mindy@februarytwn.com | Elite Marketing | $10,000.00 | $0.00 | $10,000.00 | X | $740.25 | |
| 10 | Barrie | Richard | World Wide Ventures LLC | Somerspoint | NJ | 252-489-3515 | rbarrie1960@hotmail.com | Mark Dellinger | $20,000.00 | $0.00 | $20,000.00 | X | $1,480.50 | 12/08/11 |
| 11 | Battista | Thomas | Ashton Morgan, Inc. | Auburn | MA | 508-832-2400 | tbatsr@charter.net | IF&T | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | |
| 12 | Becker | Dan | N/A | Phoenix | AZ | 602-971-3252 | nmfcapital@gmail.com | 1410 Investments | $80,000.00 | $54,093.60 | $25,906.40 | X | $1,917.72 | 03/10/11 |
| 13 | Bell | Pauline | N/A | Vacaville | CA | 707-642-9164 | peacockbell@att.net | Jerry Kogloy | $100,000.00 | $0.00 | $100,000.00 | X | $7,402.48 | 07/21/11 |
| 14 | Benabese | Anthony | Benabese Enterprises LLC | Ewa Beach | HI | 808-779-4411 | benabese@gmail.com | Faith Capital | $65,000.00 | $0.00 | $65,000.00 | X | $4,811.61 | |
| 15 | Berke | Cora | N/A | Lambertville | NJ | 609-397-3934 | yorkys@aol.com | IF&T | $75,000.00 | $0.00 | $75,000.00 | X | $5,551.86 | 03/21/11 |
| 16 | Beverly | Dayo | N/A | Valley Village | CA | 309-910-2659 | npmfilmprojects@gmail.com | Barbara Lilley | $50,000.00 | $3,000.00 | $47,000.00 | X | $3,479.17 | |
| 17 | Bias | Steve | Bias Investment Partners | Columbus | OH | 614-657-3345, 614 | sbias0522@gmail.com, bias3 | IF&T | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | 05/03/12 |
| 18 | Blanks | Norris | Leda LLC | Lynchburg | VA | 202-415-9495 | artrezz@comcast.net | | $566,000.00 | $447,718.00 | $118,282.00 | X | $8,755.80 | 04/12/11 |
| 19 | Bonner | Wes | N/A | Oxford | GA | 678-342-6927 | wsbonner1@earthlink.net | Ann Marie Iorio | $300,000.00 | $0.00 | $300,000.00 | X | $22,207.45 | 03/10/11 |
| 20 | Brooke | Cliff | CCB Charitable Remainder Trust | Seattle | WA | 425-330-8085 | cliffbrooke@hotmail.com | IF&T | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | 3/10/2011, 04/1/11 |
| 21 | Bryant | Lisa | RW Stucco | Henderson | NV | 702-379-3011 | rwstucco@gmail.com, lisabrya | IF&T | $110,000.00 | $0.00 | $110,000.00 | X | $8,142.73 | 05/09/11 |
| 22 | Byrley | Charles Mark | N/A | Chapel Hill | NC | 919-869-7008 | byrley@aol.com | Mark Dellinger | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | 03/10/11 |
| 23 | Caspar | Barry | Oremus Investments, LLC | Houston | TX | 281-386-6596 | bcasp@yahoo.com | IF&T | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | |
| 24 | Catlin | Randolph | N/A | Holliston | MA | 617-839-6244 | rcatlin@shawmut.com | IF&T | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | 06/29/11 |
| 25 | Cloutier | William | N/A | Westchester | IL | 708-203-4294 | wpcloutier@gmail.com | IF&T | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | 07/21/11 |
| 26 | Coplan | Gregory | | River Forest | IL | 708-358-8080 | gcoplan@coplancrane.com | Mark Dellinger | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | |
| 27 | Crocker | Tim | N/A | San Antonio | TX | | tcrocker@satx.rr.com | Ann Marie Iorio | $20,000.00 | $0.00 | $20,000.00 | X | $1,480.50 | 03/10/11 |
| 28 | Curcio | Frank | Ama-Deo Inc. | West Hills | CA | 818-219-0015 | francobolo@earthlink.net | IF&T | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | |
| 29 | Dempsey | Brian | N/A | Orlando | FL | 407-761-4959 | briandempsey@cfl.rr.com | Greystone Capital | $50,000.00 | $35,000.00 | $15,000.00 | X | $1,110.37 | 04/26/11 |
| 30 | Dewey | Cliff | N/A | North Bethesda | MD | 301-919-0308 | cliffdewey01@yahoo.com | IF&T | $100,000.00 | $0.00 | $100,000.00 | X | $7,402.48 | 7/12/2011, 07/24/12 |
| 31 | Desalvo | Victoria | N/A | Lockport | IL | 312-343-2815 | victoria.desalvo@dunkinbrand | IF&T | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | 05/26/11 |
| 32 | Dolan | Mary Pat | N/A | North Hampton | NH | 603-502-4216 | marypat.dolan@comcast.net | IF&T | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | 04/11/11 |
| 33 | Dubnicka | Gary | via wire from Doug Pemberton to F | Temecula | CA | 909-772-9905 | gdubnicka@gmail.com | Elite Marketing | $17,000.00 | $0.00 | $17,000.00 | X | $1,258.42 | 05/16/11 |
| 34 | Ewbank | Catherine | N/A | Clearwater | FL | 727-724-1779 | cewbank1@tampabay.rr.com | IF&T | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | |
| 35 | Fehrenbacher | Michael | United Funding | Batavia | IL | 630-417-5516 | mfehrenbacher33@yahoo.com | VJ Slocomb | $4,800,000.00 | $4,370,000.00 | $430,000.00 | X | $31,830.67 | |
| 36 | Fiore | Joseph | N/A | Cincinatti | OH | 513-319-3454 | joeyfiore@live.com | IF&T | $300,000.00 | $22,375.00 | $277,625.00 | X | $20,551.14 | 07/19/11 |
| 37 | Fishbein | Paul | N/A | Rockaway Beach | NY | 347-522-9466/917 | paulypiglet@gmail.com | Greystone Capital | $100,000.00 | $29,250.00 | $70,750.00 | X | $5,237.28 | 04/26/11 |
| 38 | Fleming | Jack & Carol | Serving New Life | | | | flemingmj@live.com | IF&T | $29,500.00 | $7,648.15 | $21,851.85 | X | $1,617.58 | 04/14/11 |
| 39 | Flores | Lao | | Orlando | FL | 407-257-5772 | lao_flores@yahoo.com | Elite Marketing | $33,070.00 | $1,000.00 | $32,070.00 | X | $2,373.98 | 5/26/2011, 07/15/11, 04/23/12 |
| 40 | Foxing | Kim | N/A | Switzerland | | | jens.katzorock@wernerlaw.de | Trademark Capital/Bror | $199,975.00 | $0.00 | $199,975.00 | X | $14,803.11 | 07/15/11 |
| 41 | Frank | David | Trinity Capital Resources | Arcadia | OK | 405-219-9188 | davidfrank@hotmail.com | Randy Blakeslee | $100,000.00 | $25,000.00 | $75,000.00 | X | $5,551.86 | |
| 42 | Gant | Charles | | Pass Christian | MS | 228-669-7071 | charlie@gantandbrown.com | IF&T | $100,000.00 | $0.00 | $100,000.00 | X | $7,402.48 | |
| 43 | Gee | Gary | D2 Trading, Ltd. | Orange | CA | 714-974-3844 | ggee@socal.rr.com | Elite Marketing | $50,000.00 | $11,980.00 | $38,020.00 | X | $2,814.42 | 05/16/11 |
| 44 | Geisinger | Dave | N/A | Charleroi | PA | 603-929-9066 | davidg1@mac.com | IF&T | $60,000.00 | $0.00 | $60,000.00 | X | $4,441.49 | 03/10/11 |
| 45 | Gluchowski | Cindi | N/A | St. Joseph | MI | 269-408-1222 | jhannahsr@ajcfinancial.com | IF&T | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | 03/10/11 |
| 46 | Hale | Mary | N/A | Windham | ME | 207-671-7473 | utopiatoo@aol.com | Barbara Lilley | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | |
| 47 | Haller | Linda Diane | Guardian Company, Inc. | Lafayette | CO | 303-664-0906 | thehealthfrequensea@comcas | IF&T | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | |
| 48 | Harold | Ronald | N/A | Orange | VA | 540-661-8358 | ron@eaglecovefarm.com | IF&T | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | 07/14/11 |
| 49 | Harvey | David & Catherine | N/A | Orlando | FL | 407-718-9480 | starsailinc@aol.com | Mark Chapman | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | 03/10/11 |
| 50 | Herwick | John (DECEASED) | N/A | Akron | OH | 330-644-0263 | nherwick@aol.com | IF&T | $100,000.00 | $0.00 | $100,000.00 | X | $7,402.48 | 07/21/11 |
| 51 | Hoefer | Shane | N/A | Santa Barbara | CA | 805-699-6686 | shanehoefer@gmail.com | Mark Dellinger | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | |
| 52 | Horton | Mark | Capitol Three Management | Boca Raton | FL | 954-531-3999 | markh pcc@gmail.com | IF&T | $150,000.00 | $5,000.00 | $145,000.00 | X | $10,733.60 | 04/13/11 |
| 53 | Hwan Lin | Li | SBL Professional Realty | Buena Park | CA | 714-232-3707 | lihwanlin@gmail.com | IF&T | $500,000.00 | $0.00 | $500,000.00 | X | $37,012.41 | |
| 54 | Iorio | Joseph | N/A | | | | dmi870@aol.com | Ann Marie Iorio | $25,000.00 | $0.00 | $25,000.00 | X | $1,850.62 | 03/10/11 |
| 55 | Jacobs | Byron Paris | N/A | Kiln | MS | 228-255-0123 | bjacobsmi@aol.com | IF&T | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | |
| 56 | Johnson | Clark | Top Earners, Inc. | Coto de Caza | CA | 949-742-2011 | clark@topearnersinfo.com | | $300,000.00 | $290,375.00 | $9,625.00 | X | $712.49 | 12/06/11 |
| 57 | Johnson | Pamela | Serving New Life | | | | johnsonps@live.com | IF&T | $16,178.76 | $4,194.49 | $11,984.27 | X | $887.13 | 04/14/11 |
| 58 | Kern | Teresa | Trenco Real Estate & Investments | Cocoa | FL | 321-544-7466 | teresa5963@yahoo.com | Greystone Capital | $214,968.05 | $2,500.00 | $212,468.05 | X | $15,727.91 | 04/12/11 |
| 59 | Khanijow | Rakesh | | Fremont | CA | 510-449-3370 | rakesh.khanijow@kla-tencor.c | Aishwarya Enterprises | $200,000.00 | $0.00 | $200,000.00 | X | $14,804.96 | |
| 60 | Knipper | Linda | N/A | Sarasota | FL | 941-932-2512 | zzbewc@hotmail.com | IF&T | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | |
| 61 | Knutson | Patrick | Stranson Investments | Austin | TX | 512-965-5098 | drtim@mail.com | 1410 | $100,000.00 | $50,000.00 | $50,000.00 | X | $3,701.24 | |
| 62 | Kubert | Mark & Sue | via Chris Walker | Livonia | MI | 248-474-9488 | kuberts@yahoo.com | DAH | $25,000.00 | $0.00 | $25,000.00 | X | $1,850.62 | 06/17/11 |
| 63 | Larson | Dudley (DECEASED) | | Cornelius | NC | 319-360-5126 | rklarson@lmonmail.com | 1410 Investments | $80,000.00 | $0.00 | $80,000.00 | X | $5,921.99 | 08/10/12 |
| 64 | Lawler | Phillip | Todd Lawler son | Marco Island | FL | 239687-8306 | phillawler@aol.com | IF&T | $110,000.00 | $0.00 | $110,000.00 | X | $8,142.73 | 06/17/11 |
| 65 | Lear | Al & Cynthia | via Chris Walker | Brighton | MI | 810-623-3672/810 | cynlear@hotmail.com | DAH | $25,000.00 | $0.00 | $25,000.00 | X | $1,850.62 | 06/17/11 |
| 66 | Lee | Tyson | Faith Capital | Honolulu | HI | 808-389-7747 | tysontristan@yahoo.com | Faith Capital | $102,800.00 | $64,620.00 | $38,180.00 | X | $2,826.27 | 03/10/11 |

| | Last Name | First Name | DBA | City | State | Contact # | e-mail | Broker/Conduit | Investment | Return | Loss/(Gain) | Returned | Remission | Sent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 67 | Leon | Elias | Alpha & Omega Mission | Hawthorne | FL | 352-481-4802 | rleon32@bellsouth.net | DAH | $100,000.00 | $0.00 | $100,000.00 | X | $7,402.48 | 04/12/11 |
| 68 | Lewis | Malcolm | | Montevallo | AL | 205-243-5068 | dlewis@farrisharden.com | IF&T | $100,000.00 | $0.00 | $100,000.00 | X | $7,402.48 | 5/17/2011, 05/10/12 |
| 69 | Lhamon | Todd | N/A | Lima | OH | 419-231-2887 | tlhamon@hotmail.com | Ann Marie Iono | $500,000.00 | $0.00 | $500,000.00 | X | $37,012.41 | 07/24/12 |
| 70 | Ling | Janelle Anya | N/A | Honolulu | HI | 808-394-1200 x22 | randjling@gmail.com | Faith Capital | $20,000.00 | $0.00 | $20,000.00 | X | $1,480.50 | |
| 71 | Lombardi | Chris | Top Earners, Inc. | Coto de Caza | CA | 949-742-1910 | chris@topearnersinfo.com | | $300,000.00 | $290,375.00 | $9,625.00 | X | $712.49 | 04/16/12 |
| 72 | Lopez Pulido | Leonardo | N/A | Bogota | CO | 57-318-211-1361 | leo.lopez@kcc.com | DAH | $24,980.00 | $0.00 | $24,980.00 | X | $1,849.14 | |
| 73 | Lytle | Lowell & Barbara | Serving New Life | Pinellas Park | FL | 727-544-5449 | lowbarb@aol.com | IF&T | $50,000.00 | $12,962.96 | $37,037.04 | X | $2,741.66 | 04/14/11 |
| 74 | MacDonald | Judith | via Chris Walker | Hurst | TX | 817-589-5060 | mac5fam@sbcglobal.net | DAH | $20,000.00 | $0.00 | $20,000.00 | X | $1,480.50 | 06/17/11 |
| 75 | Maddox | Wayne | N/A | Bowie | MD | 301-412-6150 | wmaddox@geminiproperties.n | IF&T | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | 03/10/11 |
| 76 | Marek | Deborah | N/A | Honolulu | HI | 808-351-3084 | debbie1marek@yahoo.com | Faith Capital | $20,000.00 | $0.00 | $20,000.00 | X | $1,480.50 | |
| 77 | McManama | William | N/A | Ft. Wayne | IN | 260-410-8440 | tammycastleberry@comcast.n | IF&T | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | 03/10/11 |
| 78 | Meisen | Dale | MD Partners, Inc. | Grapevine | TX | 817-715-0338 | dalem@miesencorp.com | IF&T | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | 03/10/11 |
| 79 | Melvin | Roy Dewitt | Superior Construction Tampa | Wesley Chapel | FL | 813-601-0948 | rmelvin@superiorconstructiont | IF&T | $650,000.00 | $0.00 | $650,000.00 | X | $48,116.14 | 06/21/11 |
| 80 | Milford | Scott & Joellyn | N/A | Arlington Height: | IL | 847-917-8429 | joellyn0531@gmail.com | Mark Dellinger | $47,000.00 | $0.00 | $47,000.00 | X | $3,479.17 | 03/10/11 |
| 81 | Miller | Gary | N/A | Tunkhannock | PA | 570-836-1139/570 | gary@nepawinecountry.com | Ann Marie Iono | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | 03/10/11 |
| 82 | Mills | Jean | N/A | Delray Beach | FL | 561-213-8212 | jeanhmills@comcast.net | IF&T | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | 04/14/11 |
| 83 | Montgomery Bank (Pam Timbes) | | Whelchel & McQuigg LLC | St. Simons Islan | GA | 912-222-8773 | ptimbes@gmail.com | IF&T | $325,000.00 | $0.00 | $325,000.00 | X | $24,058.07 | 03/10/11 |
| 84 | Mox | Doug | Grace Thomas Investments | Parkland | FL | 954-326-7696 | dmoxie00@yahoo.com | 1410 Investments | $550,000.00 | $32,571.00 | $517,429.00 | X | $38,302.59 | 12/5/2011, 04/20/12 |
| 85 | Murphy | Tamara & Daniel | Talent Management Group, LLC | Alliance | OH | 330-418-3122 | tmurphy35@neo.rr.com | IF&T | $25,000.00 | $3,000.00 | $22,000.00 | X | $1,628.55 | |
| 86 | Nagy | John | N/A | Hartland | WI | 414-640-3633 | nagyjm@msn.com | IF&T | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | 07/21/11 |
| 87 | Nowak | Roger | N/A | Exeter | NH | 603-772-9046 | r.rogernowak@comcast.net | IF&T | $100,000.00 | $0.00 | $100,000.00 | X | $7,402.48 | 06/21/11 |
| 88 | O'Keefe | John | | Houston | TX | 713-725-1676 | jokeefe@gmail.com | IF&T | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | |
| 89 | Patton | Jonathan & Anne | Freedom Properties | Austin | TX | 803-748-0332 | jpatton1214@gmail.com | Greystone Capital | $55,000.00 | $17,500.00 | $37,500.00 | X | $2,775.93 | 04/28/11 |
| 90 | Petersen | Danny | Master Biofuels | Lincoln | NE | 402-432-8146 | dpetersen@neb.rr.com | IF&T | $80,000.00 | $0.00 | $80,000.00 | X | $5,921.99 | |
| 91 | Prudente-Horton | Janet | N/A | Boca Raton | FL | 561-213-8211 | spaten2@aol.cm | IF&T | $24,000.00 | $0.00 | $24,000.00 | X | $1,776.60 | |
| 92 | Pugh | Clifford | N/A | Crossville | TN | | cpugh1@attglobal.net | Ann Marie Iorio | $100,000.00 | $0.00 | $100,000.00 | X | $7,402.48 | 03/10/11 |
| 93 | Raburn | Frank & Kathleen | Walker relative | Novi | MI | 248-349-1274 | fraburn@twmi.rr.com | DAH | $150,000.00 | $0.00 | $150,000.00 | X | $11,103.72 | 06/17/11 |
| 94 | Ramserran | Michael | | Maitland | FL | 407-227-0856 | michael.ramserran@gmail.com | Elite Marketing | $25,000.00 | $0.00 | $25,000.00 | X | $1,850.62 | 05/16/11 |
| 95 | Ranguette | William | N/A | Waunakee | WI | 608-225-0611 | branguette@gmail.com | Randy Blakeslee | $100,000.00 | $0.00 | $100,000.00 | X | $7,402.48 | 05/17/11 |
| 96 | Reeder | William | N/A | Lakeland | FL | 863-858-8537 | ncmi@tampabay.rr.com | IF&T | $10,000.00 | $2,493.76 | $7,506.24 | X | $555.65 | 11/08/11 |
| 97 | Reeder | William | New Covenant Ministries | Lakeland | FL | 863-858-8537 | ncmi@tampabay.rr.com | IF&T | $10,000.00 | $2,493.76 | $7,506.24 | X | $555.65 | 11/08/11 |
| 98 | Rivet | Robbin Marie | N/A | Dunnellon | FL | 352-263-0280 | rh1968rah@yahoo.com | IF&T | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | 07/25/12 |
| 99 | Robins | George | Starbear Holdings | West Palm Beac | FL | 561-352-1090 | starbear@bellsouth.net | Greystone Capital | $50,000.00 | $35,000.00 | $15,000.00 | X | $1,110.37 | 04/26/11 |
| 100 | Robinson | K. Mack | Robinson Industries, Inc. | Jackson | MS | 601-982-9124 | robinsonind@aol.com | Mark Chapman | $100,000.00 | $0.00 | $100,000.00 | X | $7,402.48 | 03/10/11 |
| 101 | Rose[illegible] | Terry (DECEASED) | HRS Inc. | Washington | MO | 636-667-0688 | trosehrs@yhti.net | IF&T | $200,000.00 | $24,000.00 | $176,000.00 | X | $13,028.37 | 07/21/11 |
| 102 | Royster | Willie | Reina Leon | Suffolk | VA | 757-718-3003 | wbr10@juno.com | DAH | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | 04/13/11 |
| 103 | Santos | Arcadio Ivan | N/A | Philippines | | 632-772-3183 | arcadioivan@gmail.com | Greystone Capital | $25,000.00 | $4,500.00 | $20,500.00 | X | $1,517.51 | 04/26/11 |
| 104 | Saturday | Alayne | | Santa Rosa | CA | 707-636-7420 | alayne@gandcautobody.com | 1410 | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | |
| 105 | Saturday | Scott | Summerland Investments, LLC | Simi Valley | CA | 818-517-8050 | scott.saturday@yahoo.com | 1410 | $75,000.00 | $0.00 | $75,000.00 | X | $5,551.86 | 08/14/12 |
| 106 | Sayre | Michael | BelonSayre LLC | Titusville | FL | 407-616-9001 | msayre@belonsayre.com | IF&T | $5,000.00 | $622.52 | $4,377.48 | X | $324.04 | |
| 107 | Shinstine | Jeanine | JJN Enterprises, LLC | Pensacola | FL | 850-261-0050 | jshinstine1@cox.net | N/A | $500,000.00 | $0.00 | $500,000.00 | X | $37,012.41 | 07/21/11 |
| 108 | Slaten | Kameron | | Honolulu | HI | 808-358-4444 | kslaten@gmail.com | Faith Capital | $18,000.00 | $0.00 | $18,000.00 | X | $1,332.45 | |
| 109 | Smiriglia | Sergio | FFI, Inc. | Los Angeles | CA | 310-386-5600 | smmiggy@aol.com | Greystone Capital/Hern | $25,000.00 | $0.00 | $25,000.00 | X | $1,850.62 | 03/10/11 |
| 110 | Smith | Lawrence | | Washington | DC | 202-546-7705 | lawcsmith@aol.com | | $155,000.00 | $0.00 | $155,000.00 | X | $11,473.85 | |
| 111 | Spektor | Myron | N/A | Verona | NJ | 973-495-6413 | spek99@aol.com | IF&T | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | 07/21/11 |
| 112 | Stamos | Tom | Springfield Finance & Mortgage | Murray | UT | 801-261-1458 | tostawyer@gmail.com | Barbara Lilley | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | |
| 113 | Starkbaum | Christina | | Fenwick | CAN | 905-892-2251 | info@nbmarketsource.com | | $100,000.00 | $0.00 | $100,000.00 | X | $7,402.48 | |
| 114 | Stevens | Shirley | Artana Inc. | Dallas | TX | 214-891-0581 | sastevens3@att.net | IF&T | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | 05/31/11 |
| 115 | Stewart | Nichole | N/A | Lanham | MD | 202-550-0464/240 | nstewart25@gmail.com | IF&T | $85,000.00 | $20,000.00 | $65,000.00 | X | $4,811.61 | 03/10/11 |
| 116 | Stolyar | Bronislav | brother is Phil - spoke with 11/10/1 | North Brunswick | NJ | 732-297-3256 | pstolyar@yahoo.com | IF&T | $100,000.00 | $0.00 | $100,000.00 | X | $7,402.48 | 03/10/11 |
| 117 | Stolzberg | Yehuda | Bamford Holding LTD | Brooklyn | NY | 917-202-7120 | ystolz@gmail.com | Mark Chapman | $79,500.00 | $0.00 | $79,500.00 | X | $5,884.97 | 03/10/11 |
| 118 | Stranahan | Dr. Timothy | Stranson Investments | Austin | TX | 512-458-9200 | drtim@mail.com | 1410 Investments | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | |
| 119 | Tallarino | Frank | N/A | | | | frankieboomboom@msn.com | Ann Marie Iorio | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | 03/10/11 |
| 120 | Toguchi | Gavin Makoto | | Honolulu | HI | 808-224-7178 | gavint@cbpacific.com | Faith Capital | $5,000.00 | $0.00 | $5,000.00 | X | $370.12 | |
| 121 | Tokunaga | Richard | N/A | Honolulu | HI | 808-428-8112 | nchardtokunaga@gmail.com | Faith Capital | $10,000.00 | $0.00 | $10,000.00 | X | $740.25 | |
| 122 | Valdez | Thomas | Aztec Financial Service | Loveland | CO | 970-214-7699 | bobvaldez7@gmail.com | IF&T | $49,000.00 | $0.00 | $49,000.00 | X | $3,627.22 | |
| 123 | Vassios | Bill | N/A | Santa Barbara | CA | 805-455-2170 | bill@powercom.com | N/A | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | 03/10/11 |
| 124 | Voytik | Ken | N/A | Naperville | IL | 630-740-5609 | kenvo[illegible]k@gmail.com | 1410 Investments | $150,000.00 | $79,492.00 | $70,508.00 | X | $5,219.34 | 03/10/11 |
| 125 | Whan | Jon & Kay | Serving New Life | Augusta | MI | 269-731-4199/269 | jonwhan1@tds.net | IF&T | $10,321.24 | $2,675.88 | $7,645.36 | X | $565.95 | 04/13/11 |
| 126 | Whan | Jonathan & Diana | Serving New Life | Temperance | MI | 734-224-0491 | jonathanwhan@box.net | IF&T | $10,000.00 | $2,592.59 | $7,407.41 | X | $548.33 | 04/14/11 |
| 127 | Wheeler | Frank "Bud" | N/A | Scottsdale | AZ | 602-579-9037 | budwheeler@cox.net | Mark Dellinger | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | |
| 128 | Williams | Freddie | N/A | Lauderhill | FL | 954-445-2407 | ficowilliams@gmail.com | | $5,000.00 | $0.00 | $5,000.00 | X | $370.12 | |
| 129 | Williamson | Scott | Talent Management Group, LLC | Alliance | OH | 330-265-4842 | scott@williamsongmctrucks.co | IF&T | $25,000.00 | $3,000.00 | $22,000.00 | X | $1,628.55 | 03/10/11 |
| 130 | Winston | Robert | Catalyst Management Group | Everett | WA | 425-359-3572 | bwinston@absoluteloans.com | Kiaora Holdings | $570,000.00 | $0.00 | $570,000.00 | X | $42,194.15 | 03/10/11 |
| 131 | Wootton | Dr. David | N/A | Collierville | TN | 901-336-2225 | drajmj@aol.com | Waterstone Funding | $500,000.00 | $453,000.00 | $47,000.00 | X | $3,479.17 | 04/16/12 |
| 132 | Worden | Douglas | N/A | Ringoes | NJ | 908-788-7943 | rocdoc22@me.com | IF&T | $50,000.00 | $0.00 | $50,000.00 | X | $3,701.24 | 07/21/11 |
| 133 | Young | Karundi | N/A | Chicago | IL | 630-340-9072 | ksyoung@elephantsinc.com | Mark Dellinger | $3,000.00 | $0.00 | $3,000.00 | X | $222.07 | 03/10/11 |

| | Last Name | First Name | DBA | City | State | Contact # | e-mail | Broker/Conduit | Investment | Return | Loss/(Gain) | Returned | Remission | Sent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Herwick | John (DECEASED) | Please contact Nancy Ann Herwick @ 330-644-0263 | | | | | | | | | | | |
| | Larson | Dudley (DECEASED) | Please contact Rodney Larson, Executor of Estate @ 319-360-5126 | | | | | | | | | | | |
| | Rose | Terry (DECEASED) | Please contact daughter, Stephanie Bleser, @ 573-808-1815 | | | | | | | | | | | |
| | | | | | | | | | | | $11,630,499.34 | | $880,845.66 | |
| | **UNRETURNED PETITIONS** | | | | | | | | | | | | | |
| 1 | Betances | Nathan | | | | 407-690-1638 | sales@nathanbetances.com | Elite Marketing | | | $0.00 | | | 5/16/11, 10/09/12 |
| 2 | Beverly | Da'yo | | | | 310-910-2659 | npmfilmprojects@gmail.com | Barbara Lilly | $50,000.00 | $3,000.00 | $47,000.00 | | | 10/09/12 |
| 3 | Brandt | Rod | | Sylva | NC | 828-507-8519 | rbrandt@fca.org | Jeff Doucette/Terry Set | $10,000.00 | $190.00 | $9,810.00 | | | 4/12/11, 10/09/12 |
| 4 | Brown | Juan | | | | 904-335-0700 | hlcur2@aol.com | Elite Marketing | | | $0.00 | | | 5/16/11, 10/09/12 |
| 5 | Burnell | Kenneth | B.A.M. Supply Company, LLC | San Tan Valley | AZ | 480-209-8732 | bamsupplyco@gmail.com | 1410 Investments | $100,000.00 | $0.00 | $100,000.00 | | | 8/14/12, 10/09/12 |
| 6 | Cassady | Kekoa | | | | | kekoa512@yahoo.com | Faith Capital | $1,000.00 | | $1,000.00 | | | 7/24/12, 10/09/12 |
| 7 | Comacho | Edgar & Rosalinda | N/A | Lake Mary | FL | 407-350-0536 | rosalindaurdanetacamacho@y | N/A | $212,000.00 | $45,000.00 | $167,000.00 | | | 4/12/2011, 10/09/12 |
| 8 | Coplan | Greg - atty | wire from personal acct to 4168 | Oak Park | IL | 708-358-8080 | gcoplan@coplancrane.com | Mark Dellinger | $50,000.00 | | $50,000.00 | | | 3/10/11, 04/20/12, 10/09/12 |
| 9 | Dalton | Richard | Universal Consulting Resources, I | Golden | CO | 720-352-3747 | rdalton777@comcast.net | Mark Chapman | $100,000.00 | | $100,000.00 | | | 3/10/11, 10/09/12 |
| 10 | Daniels | Judd | | | | 715-472-6060 | judd@jsdinvestments.com | Elite Marketing | | | $0.00 | | | 5/16/11, 10/09/12 |
| 11 | Day | Marie | | | | | daymaria@hotmail.com | Faith Capital | $5,000.00 | $0.00 | $5,000.00 | | | 7/24/12, 10/09/12 |
| 12 | Elder | James E. | Malido, LLC | Birmingham | AL | 205-368-0708 | skinpath@mac.com | IF&T | $50,000.00 | $0.00 | $50,000.00 | | | 3/10/11, 10/09/12 |
| 13 | Frank | David Ray | Trinity Capital Resources | Arcadia | OH | 405-219-9188 | davidrfrank@hotmail.com | | $100,000.00 | $25,000.00 | $75,000.00 | | | 12/5/11, 04/23/12, 10/09/12 |
| 14 | Fujikawa | Robert | Faith Capital | | HI | 808-478-2677 | fujikawarob@contmech.com | Faith Capital | $185,600.00 | $88,740.00 | $96,860.00 | | | 7/24/12, 10/09/12 |
| 15 | Galiga | Michael | AOG Investments | Edmond | OK | 405-209-3684 | mike@asonegroup.com | IF&T | $50,000.00 | $0.00 | $50,000.00 | | | 10/7/11, 10/09/12 |
| 16 | Gant | Charles | N/A | Biloxi | MS | 228-669-7071 | ganthomes@cableone.net | IF&T | $100,000.00 | $0.00 | $100,000.00 | | | 8/17/11, 10/09/12 |
| 17 | Gilsean | Patricia | | | | | glenjobe@yahoo.com | Reina Leon | | | $0.00 | | | 5/16/11, 10/09/12 |
| 18 | Green | William | | Seattle | WA | 206-938-7794 | webbg@trdframeworks.com | IF&T | $70,000.00 | $0.00 | $70,000.00 | | | 7/5/11, 10/09/12 |
| 19 | Hamminga | Gary & Carol | | | | | ghamminga@comcast.net | IF&T | $3,000.00 | $777.78 | $2,222.22 | | | 4/14/11, 10/09/12 |
| 20 | Harris | Coty | | | | | kahaulani01@yahoo.com | Faith Capital | $5,000.00 | $0.00 | $5,000.00 | | | 7/24/12, 10/09/12 |
| 21 | Hous | Art | | | | 201-338-5285 | drathous@gate.net | IF&T | $50,000.00 | $0.00 | $50,000.00 | | | 3/10/11, 10/09/12 |
| 22 | Iosua | Rockne | | | | | stacyiosua@hawaii.rr.com | Faith Capital | $10,000.00 | | | | | 7/24/12, 10/09/12 |
| 23 | Jean-Francois | Patrick | Rock of Ages Mission | Hawthorne | FL | 352-301-1035 | jesuslovesyoutwo@yahoo.com | Reina Leon | | | $0.00 | | | 4/13/11, 10/09/12 |
| 24 | Kahele | Kai | | | | | kkahele2@hotmail.com | Faith Capital | $5,000.00 | | $5,000.00 | | | 7/24/12, 10/09/12 |
| 25 | Korney | Nicole | | | | | alohanikki@gmail.com | Faith Capital | $5,000.00 | | $5,000.00 | | | 10/26/11, 10/09/12 |
| 26 | Khanijow | Rakesh | Aishwariya Enterprises Inc. | Fremont | CA | 510-449-3370 | rakesh.khanijow@kla-tencor.c | Aishwariya Enterprises | $200,000.00 | $0.00 | $200,000.00 | | | 7/24/12, 10/09/12 |
| 27 | Kim | Jae | FFI, Inc. | Los Angeles | CA | 818-350-2812 | jaejnkim@gmail.com | Greystone Capital/Hern | $25,000.00 | $0.00 | $25,000.00 | | | 7/23/12, 10/09/12 |
| 28 | Kuanoni | Wayne | | | | | noniboy42@hotmail.com | Faith Capital | $5,000.00 | | $5,000.00 | | | 3/10/2011, 10/09/12 |
| 29 | Lo | Dr. Erwin | Metropolitan Park | Beaumont | TX | 630-348-6900 | elo77706@yahoo.com, sal@si | IF&T | $1,500,000.00 | | $1,500,000.00 | | | 3/10/2011, 10/09/12 |
| 30 | Lopez Pulido | Leonardo | N/A | Bogota | CO | (57) 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 | leo.lopez@kcc.com | Reina Leon | $25,000.00 | $0.00 | $25,000.00 | | | 3/10/11, 04/23/12, 10/09/12 |
| 31 | Louis | Dave | | | | | superd950@aol.com | Faith Capital | $25,000.00 | | | | | 5/16/11, 10/09/12 |
| 32 | Mata-Atamian | Jory N Taz | | | | | jory_mata@msn.com | Faith Capital | $5,000.00 | | $5,000.00 | | | 7/24/12, 10/09/12 |
| 33 | MBP Services Inc. | | | | | | mcaraang2011@yahoo.com | Faith Capital | $5,000.00 | $0.00 | $5,000.00 | | | 7/24/12, 10/09/12 |
| 34 | Miller | Glenn | N/A | Castro Valley | CA | 510-760-4471 | gamacpa@msn.com | N/A | $350,724.09 | $148,000.00 | $202,724.09 | | | 7/24/12, 10/09/12 |
| 35 | Neubert | Bobbie Jeanne | | Dallas | TX | 972-387-4590 | bobbieneubert@earthlink.net | IF&T | $100,000.00 | $0.00 | $100,000.00 | | | 3/10/11, 04/23/12, 10/09/12 |
| 36 | Niedbala | Ernest | | New Port Richey | FL | 727-942-0203 | flcrow@ij.net | 1410 Investments | $100,000.00 | $0.00 | $100,000.00 | | | 4/23/12, 10/09/12 |
| 37 | Nitta | Melanie | | | | | kanoegibson@hotmail.com | Faith Capital | $3,000.00 | | | | | 5/22/12, 10/09/12 |
| 38 | Niven | Brian | | Lockport | IL | 815-791-3931 | nivenbrian@aol.com | | $100,000.00 | $20,000.00 | $80,000.00 | | | 7/24/12, 10/09/12 |
| 39 | Okanishi | Kaz | | Orlando | FL | 407-590-1511 | kaz@orminvestments.com | Signature Web Media | | | $0.00 | | | 4/18/12, 10/09/12 |
| 40 | Olmedo | Victor | Aishwariya Enterprises Inc. | Maywood | CA | 323-895-8588 | victorolmedo68@gmail.com | Aishwariya Enterprises | $400,000.00 | $40,000.00 | $360,000.00 | | | 8/8/12, 10/09/12 |
| 41 | Owens | Jessica | | | | | mod.industries@gmail.com | Faith Capital | $5,000.00 | $0.00 | $5,000.00 | | | 7/23/12, 10/09/12 |
| 42 | Park | Anthony | | | | | acepoozy14@yahoo.com | Faith Capital | $100,000.00 | $0.00 | $100,000.00 | | | 7/24/12, 10/09/12 |
| 43 | Pay 4 Ward Investment | | | | | | nlapuya@gmail.com | Faith Capital | $5,000.00 | $0.00 | $5,000.00 | | | 7/24/12, 10/09/12 |
| 44 | Rivera | Johnny | | | | | avonlp@msn.com | Faith Capital | $10,000.00 | $0.00 | $10,000.00 | | | 7/24/12, 10/09/12 |
| 45 | Robbins | Marlin Ray & Diane | Robbins Enterprises | Flower Mound | TX | 469-446-7693 | ray@rayrobbins.com | Randy Blakeslee | $2,000,000.00 | $1,125,000.00 | $875,000.00 | | | 7/24/12, 10/09/12 |
| 46 | Rojas | Santiago | American Liberty Nutrition | Middletown | NY | 845-313-1725 | veroda53@yahoo.com | Reina Leon | $20,000.00 | $0.00 | $20,000.00 | | | 5/22/12, 10/09/12 |
| 47 | Seo | Herman | N/A | | | 818-360-4502 | primecapitalgroup@gmail.com | Greystone Capital | $25,000.00 | $0.00 | $25,000.00 | | | 4/13/11, 10/09/12 |
| 48 | Shykowski | Rodney | | | | | flipflopsparadise@yahoo.com | Faith Capital | $10,000.00 | | | | | 4/26/11, 10/09/12 |
| 49 | Tamashiro | Tim | | | | | tcjtamashiro@aol.com | Faith Capital | $5,000.00 | $0.00 | $5,000.00 | | | 7/24/12, 10/09/12 |
| 50 | Thompson | Dan | Eagle Capital | Eagle | ID | 208-939-5910 | danthompson@cableone.net | IF&T | $50,000.00 | $0.00 | $50,000.00 | | | 7/24/12, 10/09/12 |
| 51 | Valdez | Bob | | | | 970-372-5203 | bobvaldez7@gmail.com | | | | | | | 4/13/11, 10/09/12 |
| 52 | Walker | Christopher | relative of Zuzga | Howell | MI | 517-376-6570 | lydwalker@comcast.net | DAH | $570,000.00 | $10,000.00 | $560,000.00 | | | 7/5/11, 10/09/12 |
| 53 | Whan | Jeremy & Christina | Serving New Life | | | | jwhan@troy.k12.mi.us | IF&T | $16,000.00 | $4,148.15 | $11,851.85 | | | 3/10/2011, 04/20/12, 10/09/12 |
| 54 | Woolridge | Tracy | | | | | tracywoolridge@quickenloans. | Faith Capital | $5,000.00 | $0.00 | $5,000.00 | | | 4/14/11, 10/09/12 |
| 55 | Yap | Blayne | | | | | yaphapagirl@aol.com | Faith Capital | $10,000.00 | | $10,000.00 | | | 7/24/12, 10/09/12 |
| 56 | Asencio | Alverico | | Orlando | FL | 407-272-0304 | superloviatan@hotmail.com | 1410? | $50,000.00 | $0.00 | $50,000.00 | | | 8/13/12, 10/09/12 |
| 57 | Burnell | Kenn | | | | | bamsupplyco@gmail.com | 1410 | | | $0.00 | | | 8/14/12, 10/09/12 |

| | Last Name | First Name | DBA | City | State | Contact # | e-mail | Broker/Conduit | Investment | Return | Loss/(Gain) | Returned | Remission | Sent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | *** | Aishwariya Enterprises Inc. | Maywood | CA | | vicchandra@gmail.com | | $0.00 | $311,000.00 | ($311,000.00) | | | 08/14/12 |
| | | | | | | | | | | | | | | |
| | | $311,000 of funds returned to Aishwariya were reinvested with another group and not returned to either of the 2 investors. Funds were not recovered. | | | | | | | | | $5,017,468.16 | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | **UNABLE TO LOCATE** | | | | | | | | | | | | | |
| 1 | Aguilar | Michael S. | | Rio Linda | CA | | | IF&T | $50,000.00 | | $50,000.00 | | | |
| 2 | Ally | Saeed | | | | 914-761-9028 | | IF&T | $500,000.00 | | $500,000.00 | | | |
| 3 | Ayison | Cleland | | Wesley Chapel | FL | | | IF&T | $8,500.00 | | $8,500.00 | | | |
| 4 | Baylor | Martha | | | | | baylor150@aol.com | Reina Leon | | | $0.00 | | | |
| 5 | Bird | Dennis | | Lincoln | IL | | | | $50,000.00 | $0.00 | $50,000.00 | | | |
| 6 | Borden | Eric A. | | Fort Washington | MD | | | IF&T | $30,000.00 | | $30,000.00 | | | |
| 7 | Brown | Douglas | | Toronto | CAN | | | | $80,000.00 | $0.00 | $80,000.00 | | | |
| 8 | Calder | Donald J. | | | | | | IF&T | $3,000.00 | | $3,000.00 | | | |
| 9 | Clark | Willie Lee | | Snellville | GA | | | DAH | $25,000.00 | | $25,000.00 | | | |
| 10 | Cobb | Mary Lou | | Coal City | IL | | | IF&T | $24,700.00 | | $24,700.00 | | | |
| 11 | Coltrane | Antoinette | N/A | Gibsonville | NC | | | | | | $0.00 | | | |
| 12 | Cowan | Bob | | | | | | IF&T | $10,000.00 | $0.00 | $10,000.00 | | | |
| 13 | Cromwell | Vaughn M. | | Cromwell Hills | CA | | | IF&T | $7,500.00 | | $7,500.00 | | | |
| 14 | Decator | Stephen | | | | | | | $29,982.00 | $0.00 | $29,982.00 | | | |
| 15 | Dimov | George | | Exeter | NH | | | IF&T | $50,000.00 | $0.00 | $50,000.00 | | | |
| 16 | Farr | Marvin | Farr Investment Group | Akron | OH | | | IF&T | $5,250.00 | | $5,250.00 | | | |
| 17 | Figley | Cynthia | | | | | | IF&T | $65,000.00 | | $65,000.00 | | | |
| 18 | Fisher | Mark A. | | Stafford | VA | | | IF&T | $3,000.00 | | $3,000.00 | | | |
| 19 | Gjelaj | Vasel | | Mahopac | NY | | | IF&T | $50,000.00 | | $50,000.00 | | | |
| 20 | Greenway | Petra | N/A | Marco Island | FL | | | | $75,500.00 | $0.00 | $75,500.00 | | | |
| 21 | Gupta | Sunil | Sunil Gupta MD PA | Pensacola | FL | | | IF&T | $50,000.00 | $0.00 | $50,000.00 | | | |
| 22 | Henderson | Fred | | Osceola | IN | | | IF&T | $50,000.00 | | $50,000.00 | | | |
| 23 | Hurlburt | Lori | | Central Point | OR | | | IF&T | $200,000.00 | | $200,000.00 | | | |
| 24 | Jackson | Waverly | | Hyattsville | MD | | | IF&T | $2,000.00 | | $2,000.00 | | | |
| 25 | Jasper | Jim | | | | | | IF&T | $20,000.00 | $0.00 | $20,000.00 | | | |
| 26 | Johnson | Alphonso | Chief Holdings Group | San Diego | CA | | | | | | $0.00 | | | |
| 27 | Johnson | Timothy | through Christina Starkbaum | | | | | | $100,000.00 | $0.00 | $100,000.00 | | | |
| 28 | Jones | Artis Cordell | | Panama | | | | IF&T | $4,555.00 | | $4,555.00 | | | |
| 29 | Jones | Greta | | West Orange | NJ | | | IF&T | $250.00 | | $250.00 | | | |
| 30 | Le Gall | Almone | N/A | Oakland | CA | | | IF&T | $50,000.00 | $0.00 | $50,000.00 | | | |
| 31 | MacDonald | Timothy & Jean | | Hughesville | PA | | | IF&T | $25,000.00 | | $25,000.00 | | | |
| 32 | Martins | Emilia | N/A | New Rochelle | NY | | | | | | $0.00 | | | |
| 33 | Nasworthy | Mark | | Flower Mound | TX | | | IF&T | $50,000.00 | | $50,000.00 | | | |
| 34 | O'keefe | John | Capital Partners | Houston | TX | | | IF&T | $50,000.00 | $0.00 | $50,000.00 | | | |
| 35 | Piantanida | Mark D. | | | | | | | $7,500.00 | $1,732.11 | | | | |
| 36 | Poor | Phyllis | | Belfast | ME | | | IF&T | $50,000.00 | | $50,000.00 | | | |
| 37 | Prodehl | Victor | | | | | | IF&T | $50,000.00 | | $50,000.00 | | | |
| 38 | Severino | Robert | | | | | | 1410 | $21,538.00 | $0.00 | $21,538.00 | | | |
| 39 | Sonkin | Alexander | | Carlsbad | CA | | | IF&T | $50,000.00 | | $50,000.00 | | | |
| 40 | Stebbins | Andrew | | | FL | | | IF&T | $50,000.00 | | $50,000.00 | | | |
| 41 | Thoennes | Frederick Richard | M Group Construction & Dev. | Greenville | SC | | | IF&T | $60,000.00 | $0.00 | $60,000.00 | | | |
| 42 | Thomas | Latoya J. | | Miami | FL | | | | $7,000.00 | $0.00 | $7,000.00 | | | |
| 43 | Van Gerven | Paul | | | | | | 1410 | $100,000.00 | | | | | |
| 44 | Varner | Ricco | | Akron | OH | | | IF&T | $1,025.00 | | $1,025.00 | | | |
| 45 | Weston | Ruth | | Hyattsville | MD | | | IF&T | $3,000.00 | | $3,000.00 | | | |
| 46 | Williams | Freddie | | Ft. Lauderdale | FL | | | IF&T | $10,000.00 | | $10,000.00 | | | |
| 47 | Worden | Alicia & Douglas | | Ringoes | NJ | | | IF&T | $50,000.00 | | $50,000.00 | | | |
| 48 | Zelle | Lee | | Springfield | IL | | | IF&T | $50,000.00 | $0.00 | $50,000.00 | | | |
| 49 | | | Carico Unique Inc. | Baldwin | PA | | | | $38,000.00 | $0.00 | $38,000.00 | | | |
| 50 | | | D&T Financial Services | St. Paul | MN | | | | $17,200.00 | $0.00 | $17,200.00 | | | |
| 51 | | | Great Generation LLC | Las Vegas | NV | | | | $14,000.00 | $0.00 | $14,000.00 | | | |
| 52 | | | Hughes Global Consulting | | | | | 1410 | $100,000.00 | $0.00 | $100,000.00 | | | |
| 53 | | | De Heer PC | | | | | 1410 | $100,000.00 | $0.00 | $100,000.00 | | | |
| 54 | | | Punselie Estate House | | | | | 1410 | $100,000.00 | $0.00 | $100,000.00 | | | |
| 55 | | | Raymond Sands | | | | | 1410 | $25,000.00 | $0.00 | $25,000.00 | | | |
| 56 | | | Realty Financial Group | Moore | OK | | | IF&T | $10,000.00 | | $10,000.00 | | | |
| 57 | | | Acquisitions and Development | Diamond Bar | CA | | | IF&T | $225,000.00 | $19,800.00 | $205,200.00 | | | |
| 58 | | | Triangle Development | Heber City | UT | | | IF&T | $50,000.00 | | $50,000.00 | | | |
| 59 | | | Kingdoms Destiny Church | Fort Wayne | IN | | | IF&T | $1,500.00 | | $1,500.00 | | | |
| 60 | | | Shay, LLC | Wickenburg | AZ | | | IF&T | $500,000.00 | $49,000.00 | $451,000.00 | | | |
| 61 | | | Hassayampa Investments | Wickenburg | AZ | | | IF&T | $480,000.00 | $27,000.00 | $453,000.00 | | | |

| | Last Name | First Name | DBA | City | State | Contact # | e-mail | Broker/Conduit | Investment | Return | Loss/(Gain) | Returned | Remission | Sent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 62 | | | HRS, Inc. | Washington | MO | | | IF&T | $200,000.00 | $24,000.00 | $176,000.00 | | | |
| 63 | | | Nx Partners, LLC | Charlotte | NC | | | IF&T | $110,000.00 | $1,250.00 | $108,750.00 | | | |
| 64 | | | Sport Tech, Inc. | Vancouver | WA | | | IF&T | $100,015.00 | | $100,015.00 | | | |
| 65 | | | Artana, Inc. | Dallas | TX | | | IF&T | $50,000.00 | | $50,000.00 | | | |
| 66 | | | Ashton Management | Auburn | MA | | | IF&T | $50,000.00 | | $50,000.00 | | | |
| 67 | | | New Life, Inc. | Hagerstown | IN | | | IF&T | $50,001.00 | | $50,001.00 | | | |
| 68 | | | HXE Turst | Reno | NV | | | IF&T | $50,000.00 | | $50,000.00 | | | |
| 69 | | | Strategic Capital International | Bronx | NY | | | IF&T | $50,000.00 | | $50,000.00 | | | |
| 70 | | | O'keefe Capital Partners | Houston | TX | | | IF&T | $50,000.00 | | $50,000.00 | | | |
| 71 | | | MO G. Montana | Palm Coast | FL | | | IF&T | $50,000.00 | | $50,000.00 | | | |
| 72 | | | Invest Financial Group | Ft. Myers | FL | | | IF&T | $200,000.00 | $14,014.92 | $185,985.08 | | | |
| 73 | | | Easy Money Investments | Fort Wayne | IN | | | IF&T | $50,000.00 | | $50,000.00 | | | |
| 74 | | | Aztec Financial Services | Fort Collins | CO | | | IF&T | $49,000.00 | | $49,000.00 | | | |
| 75 | | | Tvt Capital, LLC | Roslyn | NY | | | IF&T | $50,000.00 | | $50,000.00 | | | |
| 76 | | | FPSMI Trust | | MO | | | IF&T | $50,000.00 | | $50,000.00 | | | |
| 77 | | | Cms Brokerage Inc. | Alexandria | VA | | | IF&T | $200,000.00 | | $200,000.00 | | | |
| 78 | | | Rock Financial Group | Woodland Hills | CA | | | IF&T | $50,000.00 | | $50,000.00 | | | |
| 79 | | | SBL Professional Realty | Orange | CA | | | IF&T | $500,000.00 | | $500,000.00 | | | |
| 80 | | | Luke The Duke, LLC | Hesperus | CO | | | IF&T | $50,000.00 | | $50,000.00 | | | |
| 81 | | | The Northern Trust Company | | | | | IF&T | $52,060.80 | | $52,060.80 | | | |
| | **NOT FILING** | | | | | | | | | | | | | |
| 1 | Ngo | Chien | N/A | | | | chiengo@gmail.com | Ann Marie Iorio | $17,200.00 | $0.00 | $17,200.00 | not filing | | 03/10/11 |
| 2 | Hubman | Tim | Co-Exist Foundation, Inc. | Coconut Grove | FL | 310-907-6070 | tim@hubman.org | United Funding | $2,150,000.00 | $1,300,000.00 | $850,000.00 | not filing | | 03/10/11 |
| 3 | Johnson | Tim | sent with Christina Starkbaum | | CAN | | | | $100,000.00 | $0.00 | $100,000.00 | not filing | | |
| | **WINNERS/$0 NET GAIN** | | | | | | | | | | | | | |
| 1 | Azubuike | Nonzo & Kelanna | Oasis Capital Funding | Littleton | CO | 720-232-8314 | chi7665@yahoo.com | | $50,000.00 | $100,000.00 | ($50,000.00) | | | |
| 2 | Bandmann | Keli Chris | Faith Capital | Mililani | HI | 808-295-0978 | kman08@hotmail.com | Faith Capital | $94,200.00 | $119,280.00 | ($25,080.00) | | | |
| 3 | Barroso | Joslyn | N/A | | | 321-482-1542 | joslbarroso@yahoo.com | Graystone Capital | $5,000.00 | $5,000.00 | $0.00 | | | |
| 4 | Chapman | Mark | CFL Capital Group, LLC | Apopka | FL | 407-399-0849 | schapman@cfl.rr.com | CFL Capital Group, LLC | $50,000.00 | $178,250.00 | ($128,250.00) | | | 04/26/11 |
| 5 | Dellinger | Mark | L/M with son 07/20/11 | Atlantic City | NJ | 609-404-9754 | | | $84,000.00 | $184,960.00 | ($100,960.00) | | | |
| 6 | Dol | Sean | N/A | Lihue | HI | 808-639-0676 | hawaiiclone@hotmail.com | John Abreu | $50,000.00 | $194,500.00 | ($144,500.00) | | | |
| 7 | Green | Brian & Sharon | The Diligence Corp./RK Parsing | Laurel | MD | | | 1410 Investments | $200,000.00 | $684,000.00 | ($484,000.00) | | | |
| 8 | Haas | Brian | Marketworx, Inc. | St. Petersburg | FL | 727-542-0995 | bhaas@airmotion.com | N/A | $354,000.00 | $354,000.00 | $0.00 | | | |
| 9 | Howells | Brent | Trademark Capital Group | Orlando | FL | 321-223-5075 | howells@trademarkcapitalgroup.net | | $90,000.05 | $90,000.00 | $0.05 | | | |
| 10 | Kennedy | Anthony | Ontario LTD | Toronto | CA | 416-800-9093 | ak@akaiday.org | | $0.00 | $80,000.00 | ($80,000.00) | | | |
| 11 | Levin | Brent | N/A | Tunkhannock | PA | 570-836-0114 | dcbrent@epix.net | Ann Marie Iorio | $50,000.00 | $103,000.00 | ($53,000.00) | | | |
| 12 | Merson | Merrill | N/A | Chandler | AZ | 480-278-2278 | merrill.merson@gmail.com | Karundi Young | $50,000.00 | $50,000.00 | $0.00 | | | |
| 13 | Sudlow | Terry | Project 300K | Hauula | HI | 808-366-9917 | afruitfulharvest@gmail.com | John Abreu | $50,000.00 | $124,000.00 | ($74,000.00) | | | |
| 14 | Wagler | Menno | Lukelane Investments | Angola | IN | 260-605-6208 | waglermd@hotmail.com | Randy Blakeslee | $100,000.00 | $100,000.00 | $0.00 | | | 10/17/11 |
| 15 | King | Melanie Chari | atty | Flossmor | IL | 708-647-0929 | melanie@mckinglaw.com | | $0.00 | $82,000.00 | ($82,000.00) | | | |
| 16 | Tracy | Norino | Dr. employing Kathryn | Fowlerville | MI | | | DAH | $40,000.00 | $71,118.87 | ($31,118.87) | | | |
| 17 | Walker | Kathryn | relative of Zuzga | Fowlerville | MI | 517-672-6037 | | DAH | $10,000.00 | $71,121.68 | ($61,121.68) | | | |
| | **OTHER - SETTLEMENT NOT RECOMMENDED** | | | | | | | | | | | | | |
| 1 | Gruber | Diane | F4L Investment Copr. | Dunwoody | GA | 678-914-4326 | | Randy Blakeslee | $100,000.00 | $35,000.00 | $65,000.00 | | | |
| 2 | Nguyen | Han | Freedom Investments | St. Petersburg | FL | 407-405-0552 | hanvynguyen@yahoo.com | DAH | $225,000.00 | $0.00 | $225,000.00 | X | | |
| 3 | Almeyda | Gabriel | Betterways Investments | Kissimmee | FL | 407-468-3156 | cashormore@yahoo.com | | $300,000.00 | $284,729.00 | $15,271.00 | X | | 05/16/11 |
| 4 | Perez | Aziel | Eagle Trust Holdings | Oviedo | FL | | | | $500,000.00 | $357,500.00 | $142,500.00 | | | |
| | | | | | | | | | $38,353,491.89 | ########## | | | | |

| | Last Name | First Name | DBA | City | State | Contact # | e-mail | Broker/Conduit | Investment | Return | Loss/(Gain) | Returned | Remission | Sent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |